NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MHL TEK, LLC,**
*Plaintiff-Appellant,*

v.

**NISSAN MOTOR CO. and NISSAN NORTH AMERICA, INC.,**
*Defendants-Cross Appellants,*

and

**HYUNDAI MOTOR CO., HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR MANUFACTURING ALABAMA LLC, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC.,**
*Defendants-Cross Appellants,*

and

**DR. ING. H.C.F. PORSCHE AG, PORSCHE CARS NORTH AMERICA, INC., SUBARU OF AMERICA, INC., and SUBARU OF INDIANA AUTOMOTIVE, INC.,**
*Defendants-Cross Appellants,*

and

**AUDI AG, VOLKSWAGEN AG, and VOLKSWAGEN GROUP OF AMERICA, INC. (doing business as Audi of America, Inc.),**
*Defendants-Cross Appellants,*

and

**BMW AG (also known as Bayerische Motoren Werke AG), BMW OF NORTH AMERICA LLC, and BMW MANUFACTURING CO. LLC,**
*Defendants-Cross Appellants.*

---

2010-1287, -1317, -1318

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0289, Judge T. John Ward.

---

**ON MOTION**

---

**O R D E R**

MHL Tek, LLC moves without opposition for a 45-day extension of time, until July 22, 2010, to file its opening brief. Nissan Motor Co., Ltd. and Nissan North America, Inc. move without opposition to reform the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion to revise the caption is granted. The revised official caption is reflected above.

FOR THE COURT

**MAY 2 5 2010**                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Deanne E. Maynard, Esq.
     Michael J. Lennon, Esq.
     Joseph P. Lavelle, Esq.                    **FILED**
     Barry W. Graham, Esq.            **U.S. COURT OF APPEALS FOR**
     Jeffrey S. Patterson, Esq.           **THE FEDERAL CIRCUIT**
     John A. Dragseth, Esq.
                                        **MAY 2 5 2010**
s21
                                        **JAN HORBALY**
                                        **CLERK**